Jordan Y. Crosby
James R. Zadick
UGRIN ALEXANDER ZADICK, P.C.
#2 Railroad Square, Suite B
P.O. Box 1746
Great Falls, MT 59403
Telephone: (406) 771-0007
E-mail: jyc@uazh.com; jrz@uazh.com
*Attorneys for Defendants, RSUI Indemnity Co.
and Kyle W. Dunton*

Kevin G. Mikulaninec
WALKER WILCOX MATOUSEK, LLP
1 North Franklin, Suite 3200
Chicago, Illinois 60606
Telephone: (312) 244-6758
Email: kmikulanin@walkerwilcox.com

*Attorneys for Defendants, RSUI Indemnity Co.
and Kyle W. Dunton*

**UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| BUTTE NATIVE WELLNESS CENTER, INC., a Montana non-profit corporation,<br><br>Plaintiff,<br><br>-vs-<br><br>RSUI INDEMNITY COMPANY, a New Hampshire insurance company; KYLE W. DUNTON; an individual,<br><br>Defendants. | Case No. CV-23-85-BMM-JTJ<br><br>**STIPULATION FOR DISMISSAL** |

The parties have reached a comprehensive, final, and irrevocable settlement of the above-entitled case.

IT IS HEREBY STIPULATED between the parties, by and through their counsel of record, that the above-entitled action be dismissed with prejudice, with each party to bear their own fees and costs.

DATED this 29th day of February, 2024.

UGRIN ALEXANDER ZADICK, P.C.


 /s/ Jordan Y. Crosby
Jordan Y. Crosby
*Attorney for Defendant, RSUI Indemnity Co. and Kyle W. Dunton*

VICEVICH LAW


 /s/ *Lawrence E. Henke*
Lawrence E. Henke
*Attorneys for Plaintiff*