## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| BUTTE NATIVE WELLNESS CENTER, INC., a Montana non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　　　-vs-<br><br>RSUI INDEMNITY COMPANY, a New Hampshire insurance company; KYLE W. DUNTON; an individual,<br><br>　　　　Defendants. | Case No. CV-23-85-BMM-JTJ<br><br>**ORDER OF DISMISSAL** |

The parties have stipulated that this case may be dismissed with prejudice.

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice, with each party to bear their own fees and costs.

DATED this 29th day of February, 2024.

_____
Brian Morris, Chief District Judge
United States District Court